'08 MJ 2175

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL 16 AM 10: 45

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Salvador GONZALEZ-Gonzalez, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 14, 2008** within the Southern District of California, defendant, **Salvador GONZALEZ-Gonzalez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **JULY, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Salvador GONZALEZ-Gonzalez**

## PROBABLE CAUSE STATEMENT

On July 14, 2008, at approximately 11:45 a.m., Supervisory Border Patrol Agent J. Acosta responded to the activation of a seismic intrusion device Northeast of the Tecate, California Port of Entry. Upon arriving in the area, Agent Acosta found footprints heading in a northerly direction on a trail. Agent Acosta followed the footprints for approximately 1.5 miles until he encountered three individuals resting beneath a tree. Agent Acosta approached the three and identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All three individuals, including one later identified as the defendant **Salvador GONZALEZ-Gonzalez**, admitted to being citizens and nationals of Mexico illegally present in the United States and without any immigration documents. All three were arrested and transported to the Tecate Processing Center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 7, 2008** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.