**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Gonzalez-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> SALVADOR GONZALEZ-GONZALEZ,  ) <br> ) <br> Defendant.  ) <br> ) | Case No. 08mj2175 <br><br> **NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned.

       Respectfully submitted,

Dated: July 18, 2008        *s/ Bridget Kennedy*
       Federal Defenders of San Diego, Inc.
       *bridget_kennedy@fd.org*

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Gonzalez-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2175 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **SALVADOR GONZALEZ-GONZALEZ,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 18, 2008            *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail:bridget_kennedy@fd.org