AO 455(Rev. 5/85) Waiver of Indictment

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



---

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| SALVADOR GONZALEZ-GONZALEZ | CASE NUMBER: 08CR2872-H |

    I, <u>SALVADOR GONZALEZ-GONZALEZ</u>, the above named defendant, who is accused committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                 */s/ Defendant*
                                 Defendant

                                 Bridget Kennedy
                                 Counsel for Defendant

Before      */s/*
            Judicial Officer